**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 62 WAL 2023

            Respondent          :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

            v.                          :

                                       :

SHIDEE BEASON,                  :

            Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.